161 A.3d 765

U.S. BANK NATIONAL ASSOCIATION, PLAINTIFF, v. CLAUDE GOULDING AND MICHELLE GOULDING, DEFENDANTS–MOVANTS.

March 9, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for leave to appeal as within time (M–762) is granted.

161 A.3d 765

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. L.A.I., DEFENDANT–PETITIONER, AND J.E., DEFENDANT. IN THE MATTER OF THE GUARDIANSHIP OF K.D.K.I. AND K–E.F.I., MINORS–RESPONDENTS.

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000598–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.